# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Ray Cherry,

    Plaintiff,

vs.

Mecklenburg County Jail, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-627-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2011 Order.

Signed: August 2, 2011

Frank G. Johns, Clerk
United States District Court